# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1231
_____

United States of America

*Plaintiff - Appellee*

v.

Valeriece D. Ealom

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: July 28, 2020
Filed: July 31, 2020
[Unpublished]
_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Valeriece Ealom appeals after she pleaded guilty to a drug offense and the district court[1] imposed a sentence consistent with her binding Federal Rule of

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

Criminal Procedure 11(c)(1)(C) plea agreement, which contained an appeal waiver. Her counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing the sentence is unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of an appeal waiver is reviewed de novo); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____